JS - 6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 23 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALEXIS GREWER, et al., Acting in Behalf of J.P. Grewer, <br><br>Petitioners, <br><br>v. <br><br>BARBARA JEANNE ALTEMEIER, <br><br>Respondent. | Case No. SACV 14-01687 AG (AN) <br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: October 23, 2014

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE